### 14887.   HALL *v.* THE STATE.

BLOODWORTH, J.   This court cannot say, as a matter of law, that there is no evidence to support the verdict in this case; and, as it has the approval of the trial judge and no error of law was committed, the judgment must be

*Affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 15, 1923.

Accusation of drunkenness on highway; from city court of Thomasville—Judge Hammond.   July 5, 1923.

*D. Roy Hay,* for plaintiff in error.

*H. J. MacIntyre, solicitor,* contra.

---

### 14910.   CHANCE *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and the exception to the charge of the court was without merit.   The court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 15, 1923.

Accusation of carrying pistol without license; from city court of Metter—Judge Lanier.   July 3, 1923.

*Charles Emory Smith,* for plaintiff in error.

*C. W. Turner, solicitor,* contra.